IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| CARRIE BUSCH,<br>Plaintiff,<br><br>vs.<br><br>MILFORD HOSPITALITY, LLC, a.k.a. RODEWAY INN, and CHOICE HOTELS INTERNATIONAL, INC.,<br>Defendants. | Law No.<br><br>**COMPLAINT AND JURY DEMAND** |

COUNT I

**COMES NOW** the Plaintiff, and for cause of action against the Defendants, states as follows:

**PARTIES**

1. At all times material hereto, Plaintiff, Carrie Busch was a citizen and resident of Mankato, Blue Earth County, Minnesota.

2. At all times material hereto, Defendant, Milford Hospitality, L.L.C. a.k.a. Rodeway Inn (Rodeway Inn), was an Iowa Limited Liability Company, Business No. 570737, with its Home Office at 1511 Okoboji Ave, Milford, Dickinson County, Iowa and Registered Agent at 3501 Main Street, Emmetsburg, Palo Alto County, Iowa 50536.

3. Defendant Choice Hotels International, Inc. (Choice) is a Delaware Corporation, with its home office in Rockville, Maryland, with a Rodeway Inn franchise located at 1511 Okoboji Ave, Milford, Dickinson County, Iowa.

## JURISDICTION

4. At all times material hereto, Nirav Chaudhari was the sole member of Defendant, Milford Hospitality, L.L.C. a.k.a. Rodeway Inn (Rodeway Inn), residing at 3501 Main St, Emmetsburg, IA and a citizen of the State of Iowa.

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), because it is a civil action between citizens of Minnesota, and Milford Hospitality, L.L.C. a.k.a. Rodeway Inn (Rodeway Inn), an Iowa limited liability company, which assumes the citizenship of its only member in the State of Iowa, and Choice Hotels International, Inc. (Choice) is a Delaware Corporation, with its home office in Rockville, Maryland, and the amount in controversy exceeds $75,000, exclusive of interest and cost.

## VENUE

6. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because the conduct giving rise to this lawsuit occurred in Iowa and a substantial part of the acts or omissions giving rise to the claim occurred in this district.

## FACTUAL ALLEGATIONS

7. At all times material hereto, Defendant, Milford Hospitality, L.L.C. a.k.a. Rodeway Inn (Rodeway Inn), was a franchisee of Choice Hotels International, Inc., operating a commercial property at 1511 Okoboji Ave, Milford, Dickinson County, Iowa.

8. Defendant Choice Hotels International, listed on the New York Stock Exchange as CHH, is one of the largest and most successful lodging franchisors in the world.

9. Defendant Choice currently franchises more than 7,000 hotels, representing nearly 570,000 rooms, in more than 40 countries and territories.

10. Defendant Choice acquired the Rodeway Inn brand in 1990.

11. Defendant Choice's 2023 Annual 10-K Corporate Report filed with the SEC reports that in 2022, its Rodeway Inn brand had 503 properties with 28,364 rooms across the United States.

12. On May 9, 2018, Milford Hospitality, L.L.C. purchased the Rodeway Inn franchise and property located at 1511 Okoboji Ave, Milford, Dickinson County, Iowa.

13. Industry standards follow the International Property Maintenance Code, Section 302, which requires property owners to maintain walkways in a "clean, safe and sanitary condition…and proper state of repair and maintained free from hazardous conditions."

14. At all times material, the Roadway Inn at 1511 Okoboji Ave, Milford, Dickinson County, Iowa has Main Building A containing the front desk, main office, pool and hotel rooms for rent as well as Unattached Building B with additional hotel rooms for rent.



15. In order to go to Main Building A, which contains the front desk, main office and pool, from Unattached Building B, employees, patrons, public customers and visitors must exit Unattached Building B, walk across a designated concrete walkway, and enter a door to Main Building A.

16. On and before February 12, 2022, in the winter months, an accumulation of ice buildup across the designated concrete walkway between Main Building A and Unattached Building B.



17. On February 12, 2022, Rodeway Inn rented a hotel room in Unattached Building B to a public customer.

18. On February 12, 2022, the public customer slipped on the accumulation of ice buildup across the designated walkway between Main Building A and Unattached Building B and fell backward striking her head on the designated concrete walkway.

**COUNT I**

19. The conduct of Defendants was not what a reasonably careful person would do under similar circumstances.

20. Defendants knew or should have known of the unsafe and defective condition of the premises that involved an unreasonable risk of injury to the public at the Roadway Inn at 1511 Okoboji Ave, Milford, Dickinson County, Iowa.

21. On and before February 12, 2022, Defendants knew or should have known that, according to the Centers for Disease Control and Prevention (CDC):

   a. Each year more than 8.7 million people in the United States suffer falls that require emergency room care;

   b. Over $50 billion is spent on medical costs for falls annually;

   c. Falls are the third leading cause of accidental death in the United States; and

   d. Every year falls result in more than 33,000 deaths in the USA.

22. Defendants knew or should have known: there was a foreseeable likelihood that their conduct would result in harm to others; the foreseeable severity of any harm that may be the result; and the precautions they could have taken with little or no burden on themselves to eliminate or reduce the risk of harm to others.

23. The conduct of Defendants was negligent in, but not limited to, the following conduct:

a. Not making premises reasonably safe to public visitors in Dickinson County, Iowa;

b. Not inspecting the premises to discover a dangerous condition, the accumulation of ice, on the premises for the protection of others in Dickinson County, Iowa;

c. Not repairing or maintaining the dangerous condition, the accumulation of ice, on the premises for the protection of others in Dickinson County, Iowa;

d. Not warning of a dangerous condition, the accumulation of ice, on the property that involved an unreasonable risk of injury to visitors in Dickinson County, Iowa;

e. Not hiring qualified employees, adequately training and/or supervising employees in the inspection, maintenance, repair or warning of unsafe and hazardous conditions including the accumulation of ice on the premises;

f. Violating all applicable codes, rules and industry standards; and

g. Other unspecified acts of negligence.

24. Carrie Busch was the visitor injured as a result of Defendants' negligent conduct.

25. The damage and personal injury suffered by Carrie Busch would not have happened except for the negligent conduct of Defendants.

26. Repetition of Defendants' negligent conduct makes it more likely that harm of the type Carrie Busch suffered would happen to others in Dickinson County, Iowa.

27. As a direct result of the Defendants' negligence, Carrie Busch was injured and seeks compensation for the following elements of damages:

a. Past medical expense;

b. Future medical expense;

c. Past loss of function of body;

d. Future loss of function of the body;

e. Past physical pain and mental suffering, including loss of enjoyment of life;

f. Future physical pain and mental suffering, including loss of enjoyment of life;

g. Past lost wages; and

h. Future loss of earning capacity.

**WHEREFORE**, Plaintiff, Carrie Busch, prays for judgment against Defendants for damages in a reasonable and proper amount plus interest as allowed by law, for the costs of this action, and for such other and further relief as is just and equitable in the premises.

**JURY DEMAND**

**COMES NOW** the Plaintiff, Carrie Busch, respectfully requests a trial by jury on all legal claims raised by their Complaint.

**Fitzsimmons Law Firm, P.L.C.**
5 North Federal Avenue, Suite 200
Mason City, Iowa 50401
Telephone: (641) 422-0066
Facsimile: (641) 422-0086
E-mail:jim@fvinjurylaw.com

By: /s/ James T. Fitzsimmons
James T. Fitzsimmons, ICIS# AT0002439

By: /s/ Brooke L. Loftus
Brooke L. Loftus, ICIS# AT0015119

and

By: /s/ *James H. Cook*
James H. Cook, Esq., AT0001622
Daniels, Hines, Kalkhoff,
Cook & Swanson, PLC
1205 Technology Parkway
Cedar Falls, IA 50613
Tel: 319-260-4471
Email: jcook@duttonfirm.com

ATTORNEYS FOR PLAINTIFF